IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| AMY F. MCCROY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-2052 EJM |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | | |

***DECISION BY COURT*:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

Dated 11th day of September, 2008.

Dated: September 12, 2008

ROBERT L. PHELPS
Clerk

_____
(By) Clerk